**Motion GRANTED AND Order filed November 18, 2015.**



In The

# Fourteenth Court of Appeals

————————

NO. 14-15-00956-CV

————————

## IN RE MASTER FLO VALVE INC. AND MASTER FLO VALVE (USA), INC., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-00695**

## ORDER

On November 17, 2015, relators Master Flo Valve Inc. and Master Flo Valve (USA), Inc., filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Larry Weiman, Judge of the 80th District Court, in Harris County, Texas, to set aside his discovery order dated November 6, 2015,

entered in trial court number 2014-00695, styled *Alpha Solutions S.A., DE C.V. et al v. Master Fo Valve Inc. et al*.

On November 17, 2015, relators asked this court to stay the discovery order dated November 6, 2015 pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** the discovery order dated November 6, 2015 in trial court cause number 2014-00695, *Alpha Solutions S.A., DE C.V. et al v. Master Fo Valve Inc. et al,* **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests Alpha Solutions S.A. de C.V., Contro-Tec, L.L.C., andContro-Tec S.A. de C.V., the real parties-in-interest, to file a response to the petition for writ of mandamus on or before December 3, 2015**.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.